■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANA STEWART, Appellant.—Judgment, Supreme Court, New York County, rendered June 8, 1977, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed the record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Silverman, Evans, Lane and Markewich, JJ.

■ In the Matter of RADAMES ORTIZ, Appellant, v MICHAEL J. CODD, as Police Commissioner of the City of New York, et al., Respondents.—Judgment, Supreme Court, New York County, entered on September 28, 1977, unanimously affirmed for the reasons stated by Tierney, J., at Special Term, without costs and without disbursements. Concur—Birns, J. P., Evans, Lane, Yesawich and Sandler, JJ.

■ GREATER NEW YORK MUTUAL INSURANCE COMPANY, Appellant, v CANDICE TAYLOR et al., Respondents.—Judgment, Supreme Court, New York County, entered on June 27, 1977, unanimously affirmed for the reasons stated by Kaplan J., at Trial Term. Respondents shall recover of appellant one bill of $60 costs and disbursements of this appeal. Concur—Birns, J. P., Evans, Lane, Yesawich and Sandler, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWIGHT GREEN, Appellant.—Judgment, Supreme Court, New York County, rendered on June 15, 1976, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. No opinion. Concur—Birns, J. P., Evans, Lane, Yesawich and Sandler, JJ.

■ LAMBDA LEGAL DEFENSE & EDUCATION FUND, INC., Appellant, v CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Respondent.—Order, Supreme Court, New York County, entered on October 28, 1977, unanimously affirmed on the opinion of Hughes, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Birns, J. P., Silverman, Fein, Markewich and Sullivan, JJ.